No. 133. MASTERSON ET AL. *v.* PERGAMENT ET AL. C. A. 6th Cir. Motion for leave to file brief of Kaiser-Frazer Stockholders Protective Committee, as *amicus curiae,* denied. Certiorari denied. *Lemuel B. Schofield, Lewis M. Dabney, Jr.* and *Murray C. Bernays* for Masterson et al., *Samuel Marion* for Lefker, *Robert S. Marx* for Otis & Co., and *Clair John Killoran* for Lefker et al., petitioners. *Theodore E. Rein* and *Bernard T. Hecht* for Pergament et al.; *George E. Brand* and *Gordon Johnson* for the Kaiser Aluminum & Chemical Corpora-

tion; *Rockwell T. Gust* for Frazer et al., and *Harold J. Gallagher* for the Kaiser-Frazer Corporation, respondents.